UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY GRITTER, the Natural Mother and
Next Friend of JOSEPH GRITTER, a minor,

       Plaintiff,

vs.

COMSTOCK PARK PUBLIC SCHOOLS
and JASON RYKSE,

       Defendants.
_____/

Case No: 1:18-CV-1209
Hon.

DAVID E. CHRISTENSEN (P45374)
SARAH S. STEMPKY KIME (P74167)
THOMAS N. ECONOMY (P60307)
CHRISTENSEN LAW
Attorneys for Plaintiff
25925 Telegraph Road, Suite 200
Southfield, MI  48033
(248) 213-4900/Fax (248) 213-4901
dchristensen@davidchristensenlaw.com
_____/

## PLAINTIFF'S EX PARTE MOTION TO APPOINT NEXT FRIEND

NOW COMES Plaintiff, JOSEPH GRITTER, by and through his attorneys, CHRISTENSEN LAW, and for his Ex Parte Motion to Appoint Next Friend, states as follows;

1. Plaintiff, Joseph Gritter, is a minor that is bringing a personal injury and civil rights action and seeks to have his mother appointed as Next Friend for that lawsuit.

2. Plaintiff's mother, Casey Gritter, agrees to be appointed as Next Friend and is willing to execute those duties in accordance with the law.

WHEREFORE, Plaintiff prays this Honorable Court to appoint Casey Gritter, as Next Friend to Plaintiff minor Joseph Gritter for the duration of this matter.

CHRISTENSEN LAW,

BY: _____
DAVID E. CHRISTENSEN (P45374)
SARAH S. STEMPKY KIME (P74167)
Attorneys for Plaintiff
25925 Telegraph Road, Suite 200
(248) 213-4900/Fax (248) 213-4901
dchristensen@davidchristensenlaw.com

Dated: 10/26/2018

I, CASEY GRITTER, hereby agrees to be appointed as Next Friend ad is willing to execute those duties in accordance with the law.

_____
CASEY GRITTER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY GRITTER, the Natural Mother and
Next Friend of JOSEPH GRITTER, a minor,

      Plaintiff,

vs.

COMSTOCK PARK PUBLIC SCHOOLS
and JASON RYKSE,

      Defendants.
_____/

Case No: 1:18-CV-1209
Hon.

DAVID E. CHRISTENSEN (P45374)
SARAH S. STEMPKY KIME (P74167)
THOMAS N. ECONOMY (P60307)
CHRISTENSEN LAW
Attorneys for Plaintiff
25925 Telegraph Road, Suite 200
Southfield, MI 48033
(248) 213-4900/Fax (248) 213-4901
dchristensen@davidchristensenlaw.com
_____/

### BRIEF IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION TO APPOINT NEXT FRIEND

    Plaintiff relies upon the Federal and Michigan Court Rules in support of his Motion.

                                            CHRISTENSEN LAW,

                                            BY: _____
                                            DAVID E. CHRISTENSEN (P45374)
                                            SARAH S. STEMPKY KIME (P74167)
                                            Attorneys for Plaintiff
                                            25925 Telegraph Road, Suite 200
                                            (248) 213-4900/Fax (248) 213-4901
                                            dchristensen@davidchristensenlaw.com

Dated: 10/26/2018

3