UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY GRITTER,

        Plaintiff,                      Case No. 1:18−cv−01209−JTN−ESC

v.                                     Hon. Janet T. Neff

COMSTOCK PARK PUBLIC SCHOOLS,
et al.,

        Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Appoint Next Friend (ECF No. 2). The Court having reviewed the Motion: IT IS HEREBY ORDERED that the Motion to Appoint Next Friend (ECF No. 2) is GRANTED; Casey Gritter shall be appointed as next friend for Joseph Gritter, a minor.

IT IS SO ORDERED.

Dated: October 31, 2018                        /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge